PD-0349-15

PD-0349-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/30/2015 3:05:38 PM
Accepted 3/31/2015 2:53:09 PM
ABEL ACOSTA
CLERK

**Court of Criminal Appeals No. _____**
**Appeal No. 01-13-00295-CR**
**Trial Cause No. 12-08-08659-CR**

| | | |
|---|---|---|
| **EDWARD FLORES** | § | **IN THE COURT OF CRIMINAL** |
| | § | |
| **VS.** | § | **APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

MOTION FOR EXTENSION OF TIME TO FILE
PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Edward Flores, Appellant, and requests this Court grant an extension of time to file his Petition for discretionary review and would show unto the Court the following:

1.     On February 26, 2015, the Court of Appeals delivered and filed its opinion in Appeal No. 01-13-00295-CR, styled *Edward Flores v. State of Texas*, in the First Court of Appeals in Houston, Texas.

2.     The deadline for filing a petition for discretionary review is March 30, 2015.[1]. The Deadline for filing a motion for extension of deadline to file Petition for Discretionary review pursuant to Texas Rule of Appellant Procedure 68.2(c) is April 15, 2015.

3.     Appellant is requesting an extension of at least sixty days.

4.     Appellant's counsel is requesting this extension of time to his motion to file Appellant's Brief because Appellant's Counsel was set for Jury on March 2, 2015 on an Aggravated Robbery, Aggravated Kidnapping and unadjudicated Aggravated

---

[1] The actual due date to file the motion for rehearing is March 28, 2015. Since March 28, 2015 is a Saturday, the due date would be moved to the first business day, which would be March 30, 2015. T.R.A.P 4.1(a)

robberies and assault on public servant's in the 411th Judicial District Court of Polk County. That Polk County case plead only the Friday before jury selection was to start. Counsel was also in Jury trial the week of March 9, 2015 in a Habitual first degree delivery of a controlled substance in the 75th Judicial District Court of Liberty County, Texas. Finally, Appellant Counsel is beginning jury trial, March 30, 2015 in the 258th Judicial District Court of Polk County, on an Aggravated robbery case that has 16 media disks, over 6000 pages in medical records, and over 500 pages in police and Texas Ranger reports.

5.     No other extensions for time to file an extension to file Petition of Discretionary Review have been previously granted to this attorney in this appeal.

Respectfully Submitted,

_____
Scott Pawgan
State Bar No. 24002739
122 W. Davis, Ste 116
Conroe, Texas 77301
Phone (936) 242-6975
Fax (800) 619-5113

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon the attorney for the State via the electronic service feature of the e-file provider this motion was filed with on the March 30, 2015.

_____
Scott Pawgan

**Court of Criminal Appeals No. _____**
**Appeal No. 01-13-00295-CR**
**Trial Cause No. 20795**

| | | |
|---|---|---|
| **EDWARD FLORES** | § | **IN THE COURT OF CRIMINAL** |
| | § | |
| **VS.** | § | **APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **AUSTIN, TEXAS** |

ORDER ON MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

On this day came to be heard Appellant's Motion For Extension Of Time To File Petition For Discretionary Review and the Court is of the opinion the motion should be GRANTED.

IT IS ORDERED that Appellant's deadline to file Appellant's Petition for Discretionary review be extended from April 8, 2011 and Appellant's Petition for Discretionary Review is now due _____.

_____
Judge, Court of Criminal Appeals